Honorable Karen A. Overstreet
Chapter 13
Hearing Date: March 17, 2010
Hearing Time: 9:30 a.m.
Hearing Location: Courtroom 7206
**Response Date:** March 10, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re | No. 09-19829-KAO |
|---|---|
| TIMOTHY CHOO and<br>LOURDES B. CHOO,<br><br>Debtor. | ORDER APPROVING INTERIM<br>APPLICATION FOR COMPENSATION<br>OF ATTORNEYS' FEES AND<br>REIMBURSEMENT OF COSTS |

THIS MATTER having come on before the Court on the interim application of Resolve Legal PLLC for an award of compensation herein; and the Court, pursuant to 11 U.S.C §330 and Bankruptcy Rule 2016, having found good cause therefor, it is hereby

ORDERED:

1. That Resolve Legal PLLC is hereby allowed compensation from July 21, 2009, through February 3, 2010, in the amount of $4,388.00.

2. That Resolve Legal PLLC is hereby allowed reimbursement of costs and expenses in the amount of $351.56.

3. That the $3,323.00 held in trust for the Debtors by counsel shall be applied to the approved amount of $4,711.56.

ORDER APPROVING INTERIM APPLICATION FOR COMPENSATION
OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS - 1



RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

4. That the Chapter 13 Trustee's office is directed to pay the remaining balance of $1,388.56 from current funds on hand and future funds.

DATED this _____ day of March 2010.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

RESOLVE LEGAL PLLC


By  */s/ Taryn M. Darling Hill*
 Taryn M. Darling Hill, WSBA #38276
Attorneys for Debtors

